**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

| | |
|---|---|
| ANTHONY GARNER, JR., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNIFIED GOVERNMENT OF WYANDOTTE COUNTY/KANSAS CITY, KANSAS, <br><br> Defendant - Appellee. | No. 22-3247 <br> (D.C. No. 2:21-CV-02154-EFM) |

_____

**STIPULATION TO DISMISS**
_____

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b), and the agreement of the parties, the undersigned hereby stipulate that the above appeal be dismissed with prejudice. Each party shall bear their own costs on appeal.


s/      Bert S. Braud                              
BERT S. BRAUD, Esq.
Attorney for Plaintiff – Appellant
Anthony Garner, Jr.
The Popham Law Firm P.C.
712 Broadway, Suite 100
Kansas City, MO 64105
(816) 221-2288
Email: bbraud@pophamlaw.com

s/      Spencer A. Low                         
SPENCER A. LOW, Esq.
Attorney for Defendant – Appellee
Unified Government of Wyandotte
County/Kansas City, Kansas
McAnany, Van Cleave, & Phillips PA
10 E. Cambridge Circle Dr., Suite 300
Kansas City, KS 66103
(913) 371-3838
Email: slow@mvplaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2022, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to the following:

    McAnany, Van Cleave & Phillips PA
    Ryan Denk
    Spencer Low
    rdenk@mvplaw.com
    slow@mvplaw.com


Date: 12/29/2022                                                                   s/ Bert S. Braud
                                                                              Bert S. Braud
                                                                              Popham Law Firm PC
                                                                              712 Broadway, Suite 100
                                                                              Kansas City, MO 64105
                                                                              (816) 221-2288
                                                                              bbraud@pophamlaw.com